**Order entered December 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00201-CV

**RICHARD RALEY, RALEY HOLDINGS, LLC, AND MATTHEW W. BOBO, Appellants**

**V.**

**DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP,**
**Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00390-B**

## ORDER

Before the Court is appellants' December 23, 2019 third motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief, received December 20, 2019, filed as of the date of this order.

/s/     BILL WHITEHILL
        JUSTICE